Decided July 2, 1998

## ROLAND DUMONT *v.* COMMISSIONER OF MOTOR VEHICLES

The plaintiff's petition for certification for appeal from the Appellate Court, 48 Conn. App. 635 (AC 16761), is denied.

*Jeffrey D. Brownstein*, in support of the petition.

*Alan N. Ponanski*, assistant attorney general, in opposition.

Decided July 2, 1998